**Dismissed and Memorandum Opinion filed October 15, 2013**



In The

# Fourteenth Court of Appeals

---

**NO. 14-13-00315-CV**
**NO. 14-13-00316-CV**
**NO. 14-13-00317-CV**
**NO. 14-13-00318-CV**
**NO. 14-13-00319-CV**
**NO. 14-13-00320-CV**
**NO. 14-13-00321-CV**
**NO. 14-13-00322-CV**

---

**EX PARTE K.L.B.**

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCR-059320; 12-DCR-059320A; 12-DCR-059320B; 12-DCR-060479; 12-DCR-060479A; 12-DCR-059451; 12-DCR-059451A; 12-DCR-059451B**

---

## M E M O R A N D U M   O P I N I O N

On September 6, 2013, this court issued an order stating that unless

appellant submitted a brief in each of these appeals, together with a motion reasonably explaining why the brief was late, on or before, August 26, 2013, the court would dismiss the appeal in each case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, in each case the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.